# BILL OF COSTS

## TEXAS COURT OF APPEALS, SEVENTH DISTRICT, AT AMARILLO

No. 07-14-00047-CV

### Pak-A-Sak, Inc.,

### v.

### City of Perryton

(No. CV-13743 IN 84TH DISTRICT COURT OF OCHILTREE COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Motion fee | $10.00 | E-PAID | Sharon  Herrington |
| Reporter's record | $352.00 | UNKNOWN | UNDERWOOD LAW FIRM |
| Filing | $100.00 | E-PAID | Kim  Robertson |
| Statewide efiling fee | $20.00 | E-PAID | Kim  Robertson |
| Supreme Court chapter 51 fee | $50.00 | E-PAID | Kim  Robertson |
| Indigent | $25.00 | E-PAID | Kim  Robertson |

| |
|---|
| **Balance of costs owing to the Seventh Court of Appeals, Amarillo, Texas: $0.00** |
| |
| *Court costs in this cause shall be paid as per the Judgment issued by this Court.* |

I, **VIVIAN LONG, CLERK** OF THE SEVENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SEVENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Seventh District of Texas on January 26, 2015.

*Vivian Long*

**VIVIAN LONG, CLERK**